# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Veeva Systems, Inc. | 11/30/2022 | Wire | $ 593,064.00 |
| Akorn Operating Company, LLC | Veeva Systems, Inc. | 1/6/2023 | Wire | $ 3,300.00 |
| | | | | $ 596,364.00 |