IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>                    Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>                    Plaintiff,<br>v.<br><br>VEEVA SYSTEMS, INC.,<br><br>                    Defendant. | Adv. Proc. No. 25-50220 (KBO)<br><br>**Related to Adv D.I.: 1** |

**STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADING**

Pursuant to Rule 7012-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, counsel for George Miller, solely as Chapter 7 Trustee of Akorn Holding Company LLC, et al. (the "Plaintiff"), and counsel for Veeva Systems, Inc. (the "Defendant"), hereby stipulate as follows:

1. Plaintiff filed its complaint against Defendant on February 12, 2025 (the "Complaint") [Adv. Docket No. 1].

2. This Court issued the summons to the Complaint on April 21, 2025 [Adv. Docket No. 3].

3. Defendant's deadline to respond to the Complaint is May 21, 2025.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

4. The parties agree that Defendant shall have through and including the later of the following to answer or otherwise plead to the Complaint: (a) June 18, 2025 and (b) the deadline described in any order entered by the Court on the Trustee's Motion for Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Plaintiff Pursuant to Sections 502, 547, 548, and 550 of the Bankruptcy Code [Adv. D.I. 4].

Dated: May 19, 2025

| | |
|---|---|
| **SAUL EWING LLP** | **QUARLES & BRADY LLP** |
| /s/ *Evan T. Miller* | /s/ *Christopher Combest* |
| Evan T. Miller (DE Bar No. 5364) | Christopher Combest |
| Paige N. Topper (DE Bar No. 6470) | 300 N. LaSalle Street, Suite 4000 |
| 1201 N. Market Street, Suite 2300 | Chicago, IL 60654-3406 |
| Wilmington, DE 19801 | Telephone: (312) 715-5091 |
| Telephone: (302) 421-6800 | christopher.combest@quarles.com |
| evan.miller@saul.com | |
| paige.topper@saul.com | *Counsel for Defendant* |
| | |
| *Counsel for Plaintiff* | |