# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>        Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>        Plaintiff,<br><br>v.<br><br>VEEVA SYSTEMS INC.,<br><br>        Defendant. | Adv. Proc. No. 25-50220 (KBO) |

## **NOTICE OF SERVICE**

    I, Evan T. Miller, hereby certify that, on July 11, 2025, a copy of the Plaintiff's Initial Disclosures was served via E-Mail on the party below:

| | |
|---|---|
| ***E-Mail***<br>Christopher Combest<br>Quarles & Brady LLP<br>300 N. LaSalle Street, Suite 4000<br>Chicago, IL 60654-3406<br>Email:christopher.combest@quarles.com | |

**SAUL EWING LLP**

    By:*/s/ Evan T. Miller*
        Evan T. Miller (DE Bar No. 5364)
        Paige N. Topper (DE Bar No. 6470)
        1201 N. Market Street, Suite 2300
        Wilmington, DE 19801

---

[1]     The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

Telephone: (302) 421-6800
evan.miller@saul.com
paige.topper@saul.com

and

Michelle G. Novick (admitted pro hac vice)
161 North Clark Street, Suite 4200
Chicago, IL 60601
Telephone: (312) 876-7899
michelle.novick@saul.com

and

Turner N. Falk (admitted pro hac vice)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-8415
turner.falk@saul.com

*Counsel to Plaintiff*

Dated: July 14, 2025