**CERTIFICATE OF SERVICE**

    I, Michael Barber, hereby certify that a true and correct copy of the *Answer and Affirmative Defenses of Defendant Veeva Systems Inc* was electronically filed on July 21, 2025, with the United States Bankruptcy Court and served through the Court's CM/ECF system upon all counsel of record who are registered to receive electronic notifications.

    */s/ Michael Barber*
    Michael Barber (No. 7158)