IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br>　　　　　　　　　　Plaintiff,<br>　　　v.<br><br>VEEVA SYSTEMS INC.,<br>　　　　　　　　　　Defendant. | Adv. Proc. No. 25-50220 (KBO) |

**CORPORATE OWNERSHIP STATEMENT OF DEFENDANT VEEVA SYSTEMS INC.**

Defendant Veeva Systems Inc. ("**Veeva**"), through undersigned counsel and pursuant to Fed. R. Bankr. P. 7007.1, hereby submits the following corporate ownership statement: Veeva states that there are no parent corporations or publicly held corporations that directly or indirectly own 10% or more of any class of equity interest of Veeva.

| | |
|---|---|
| Dated: July 21, 2025<br>Wilmington, Delaware | **ROBINSON & COLE LLP**<br><br>*/s/ Michael Barber*　　　　　　　　<br>Michael Barber (No. 7158)<br>1201 N. Market Street, Suite 1406<br>Wilmington, DE 19801<br>Telephone: (215) 398-0561<br>Email: mbarber@rc.com<br><br>*-and-* |

---

[1] The Debtors in these chapter 7 cases (each, a "**Debtor**" and, collectively, the "**Debtors**"), along with the last four digits of their federal tax identification numbers, and case numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, IL 60031.

**QUARLES & BRADY LLP**

*/s/ Brittany S. Ogden*
Brittany S. Ogden
*Pro Hac Vice pending*
33 East Main St., Suite 900
Madison, WI 53703
Telephone: (608) 251-5000
Email: brittany.ogden@quarles.com

*Counsel for Veeva Systems Inc.*