## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>                Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br>                Plaintiff,<br>    v.<br>VEEVA SYSTEMS INC.,<br>                Defendant. | Adv. Proc. No. 25-50220 (KBO) |

## **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

       Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Brittany S. Ogden, Esq. of Quarles & Brady LLP to represent Veeva Systems Inc. in this matter.

| | |
|---|---|
| Dated: July 21, 2025<br>Wilmington, Delaware | **ROBINSON & COLE LLP**<br><br>*/s/ Michael Barber*<br>Michael Barber (No. 7158)<br>1201 N. Market Street, Suite 1406<br>Wilmington, Delaware 19801<br>Tel: (215) 398-0561<br>Email: mbarber@rc.com<br><br>*Counsel for Veeva Systems Inc.* |

---

[1] The Debtors in these chapter 7 cases (each, a "**Debtor**" and, collectively, the "**Debtors**"), along with the last four digits of their federal tax identification numbers, and case numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, IL 60031.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the States of Wisconsin and New York and am admitted to practice in the United States District Courts for the Eastern and Western Districts of Wisconsin, the District of Nebraska and the Northern District of New York, and the United States Bankruptcy Court for the Eastern District of Michigan, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23.  I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: July 21, 2025                         */s/ Brittany S. Odgen*
                                                                 Brittany S. Ogden
                                                                 **QUARLES & BRADY LLP**
                                                                 33 East Main Street, Suite 900
                                                                 Madison, Wisconsin 53703
                                                                 Tel: (608) 251-5000
                                                                 Fax: (608) 251-9166
                                                                 Email: Brittany.Ogden@quarles.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.