# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>Plaintiff,<br>v.<br><br>VEEVA SYSTEMS INC.,<br><br>Defendant. | Adv. Proc. No. 25-50220 (KBO) |

## NOTICE OF SERVICE

I, Michael Barber, hereby certify that, on July 28, 2025, a copy of Veeva Systems Inc.'s *First Set Of Requests For Admissions, Interrogatories And Request For Production Of Documents Of Defendant Veeva Systems Inc. To Plaintiff George Miller, Chapter 7 Trustee Of The Bankruptcy Estates Of Akorn Holding Company LLC, et al.* was served via Email on the parties below:

| | |
|---|---|
| Evan T. Miller<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br>evan.miller@saul.com<br><br>Paige N. Topper<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br>paige.topper@saul.com | Michelle G. Novick<br>161 North Clark Street, Suite 4200<br>Chicago, IL 60601<br>michelle.novick@saul.com<br><br>Turner N. Falk<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>turner.falk@saul.com<br><br>Emily R. Robbins<br>emily.robbins@saul.com |

---

[1] The Debtors in these chapter 7 cases (each, a "**Debtor**" and, collectively, the "**Debtors**"), along with the last four digits of their federal tax identification numbers, and case numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, IL 60031.

Dated: July 29, 2025
Wilmington, Delaware

**ROBINSON & COLE LLP**

*/s/ Michael Barber*
Michael Barber (No. 7158)
1201 N. Market Street, Suite 1406
Wilmington, DE 19801
Telephone: (215) 398-0561
Email: mbarber@rc.com

and

**QUARLES & BRADY LLP**

*/s/ Brittany S. Ogden*
Brittany S. Ogden (admitted pro hac vice)
33 East Main St., Suite 900
Madison, WI 53703
Telephone: (608) 251-5000
Email: brittany.ogden@quarles.com

*Counsel to Veeva Systems Inc.*