# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>                            Plaintiff,<br>v.<br><br>VEEVA SYSTEMS, INC.,<br><br>                            Defendant. | Adv. Proc. No. 25-50220 (KBO)<br><br>**Related to Adv D.I.: 1, 6** |

## STIPULATION TO EXTEND TIME

Pursuant to Rule 7012-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, counsel for George Miller, solely as Chapter 7 Trustee of Akorn Holding Company LLC, et al. (the "Plaintiff"), and counsel for Veeva Systems, Inc. (the "Defendant"), hereby stipulate as follows:

1. Plaintiff filed its complaint against Defendant on February 12, 2025 (the "Complaint") [Adv. Docket No. 1].

2. On June 11, 2025, the Court entered the *Order Establishing Streamlined Procedures Governing Adversary Proceedings with Total Amount in Controversy Greater Than $75,000.00 Brought by Plaintiff Pursuant to Sections 502, 547, 548, and 550 of the Bankruptcy Code* [Adv. D.I. 6] (the "Procedures Order").

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

-2-

3. Plaintiff and Defendant seek to further extend the case deadlines in order to discuss resolution of the case.

4. Pursuant to the Procedures Order ¶ 47, Plaintiff and Defendant hereby stipulate that all unexpired deadlines under the Procedures Order are extended by 28 days.

Dated: September 22, 2025

| **SAUL EWING LLP** | **QUARLES & BRADY LLP** |
|---|---|
| /s/ *Evan T. Miller* | /s/ *Christopher Combest* |
| Evan T. Miller (DE Bar No. 5364) | Christopher Combest |
| Paige N. Topper (DE Bar No. 6470) | 300 N. LaSalle Street, Suite 4000 |
| 1201 N. Market Street, Suite 2300 | Chicago, IL 60654-3406 |
| Wilmington, DE 19801 | Telephone: (312) 715-5091 |
| Telephone: (302) 421-6800 | christopher.combest@quarles.com |
| evan.miller@saul.com | |
| paige.topper@saul.com | *Counsel for Defendant* |
| | |
| *Counsel for Plaintiff* | |