# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>VEEVA SYSTEMS, INC.,<br><br>Defendant. | Adv. Proc. No. 25-50220 (KBO) |

## NOTICE OF SERVICE

I, Evan T. Miller, hereby certify that, on October 24, 2025, a copy of *Plaintiff's Objections And Responses To Defendant Veeva Systems Inc.'s First Set Of Requests For Admissions, Interrogatories And Request For Production Of Documents To Plaintiff* was served via E-Mail on the parties below:

| | |
|---|---|
| ***E-Mail***<br>Christopher Combest<br>Quarles & Brady LLP<br>300 N. LaSalle Street, Suite 4000<br>Chicago, IL 60654-3406<br>Email:christopher.combest@quarles.com | ***E-Mail***<br>Michael Barber<br>Robinson & Cole, LLP<br>1201 N. Market Street, Suite 1406<br>Wilmington, DE 19801<br>Email: mbarber@rc.com |
| ***E-Mail***<br>Brittany S. Ogden<br>Quarles & Brady, LLP<br>33 East Main St., Suite 900<br>Madison, WI 53703 | |

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

Email: brittany.ogden@quarles.com

**SAUL EWING LLP**

By: */s/ Evan T. Miller*
    Evan T. Miller (DE Bar No. 5364)
    Paige N. Topper (DE Bar No. 6470)
    1201 N. Market Street, Suite 2300
    Wilmington, DE 19801
    Telephone: (302) 421-6800
    evan.miller@saul.com
    paige.topper@saul.com

    and

    Michelle G. Novick (admitted pro hac vice)
    161 North Clark Street, Suite 4200
    Chicago, IL 60601
    Telephone: (312) 876-7899
    michelle.novick@saul.com

    and

    Turner N. Falk (admitted pro hac vice)
    1500 Market Street, 38th Floor
    Philadelphia, PA 19102
    Telephone: (215) 972-8415
    turner.falk@saul.com

    *Counsel to Plaintiff*

Dated: October 28, 2025