# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 7 |
| AKORN HOLDING COMPANY LLC, et al.,¹ | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al., <br><br> Plaintiff, <br> v. <br><br> VEEVA SYSTEMS INC., <br><br> Defendant. | Adv. Proc. No. 25-50220 (KBO) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned hereby enter their appearance in the above-captioned case on behalf of Veeva Systems Inc. and request that all notices given or required to be given and all papers served in these cases be delivered to and served upon the parties identified below at the following addresses

| | |
|---|---|
| Davis Lee Wright <br> **ROBINSON & COLE LLP** <br> 1201 N. Market Street, Suite 1406 <br> Wilmington, Delaware 19801 <br> Tel: (302) 516-1700 <br> Email: dwright@rc.com | Brittany S. Ogden <br> **QUARLES & BRADY LLP** <br> 33 East Main St., Suite 900 <br> Madison, Wisconsin 53703 <br> Tel: (608) 251-5000 <br> Email: brittany.ogden@quarles.com |

---

¹ The Debtors in these chapter 7 cases (each, a "**Debtor**" and, collectively, the "**Debtors**"), along with the last four digits of their federal tax identification numbers, and case numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, IL 60031.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any order and notice of any application, motion, petition, pleading, request, complaint, or demand, whether former or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, overnight carrier, facsimile transmission, email, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers nor any later appearance, pleading, claim or suit shall constitute a waiver of (i) the right to contest the subject matter or personal jurisdiction of this Court; (ii) the right to seek abstention or withdraw of any matter arising in this proceeding; (iii) the right to have final orders in non-core matters entered only after de novo review by a District Court Judge; (iv) the right to trial by jury in any proceeding related to, or triable in, this case or any cases, controversy or proceeding related hereto; (v) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (vi) the right to enforce any contractual provisions with respect to arbitration or (vii) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate to which Veeva Systems Inc. is or may be entitled to under any agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

| | |
|---|---|
| Dated: October 31, 2025 | **ROBINSON & COLE LLP** |
| | */s/ Davis Lee Wright* |
| | Davis Lee Wright (No. 4324) |
| | 1201 N. Market Street, Suite 1406 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 516-1700 |
| | Email: dwright@rc.com |

3

*-and-*

**QUARLES & BRADY LLP**
Brittany S. Ogden (Admitted *pro hac vice*)
33 East Main St., Suite 900
Madison, WI 53703
Telephone: (608) 251-5000
Email: brittany.ogden@quarles.com

*Attorneys for Veeva Systems Inc.*