## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 7 |
| AKORN HOLDING COMPANY LLC, et al.,1 | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al., Plaintiff, v. VEEVA SYSTEMS INC., Defendant. | Adv. Proc. No. 25-50220 (KBO) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 24, 2025, a copy of *Veeva Systems Inc.'s Responses to Plaintiff's First Set of Interrogatories, Request for Production of Documents and Requests for Admissions* was served via email and U.S. mail on the parties below:

| | |
|---|---|
| Michelle G. Novick<br>161 North Clark Street, Suite 4200<br>Chicago, IL 60601<br>michelle.novick@saul.com<br><br>Turner N. Falk<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>turner.falk@saul.com | Evan T. Miller<br>Paige N. Topper<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br>Telephone: (302) 421-6800<br>evan.miller@saul.com<br>paige.topper@saul.com<br><br>Emily R. Robbins<br>emily.robbins@saul.com |

---

1       The Debtors in these chapter 7 cases (each, a "**Debtor**" and, collectively, the "**Debtors**"), along with the last four digits of their federal tax identification numbers, and case numbers are Akorn Holding Company LLC (9190), Case No.  23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and  Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, IL 60031.

Dated: October 31, 2025

**ROBINSON & COLE LLP**

*/s/ Davis Lee Wright*
Davis Lee Wright (No. 4324)
1201 N. Market Street, Suite 1406
Wilmington, DE 19801
Telephone: (302) 516-1700
Email: dwright@rc.com

*-and-*

**QUARLES & BRADY LLP**
Brittany S. Ogden (Admitted *pro hac vice*)
33 East Main St., Suite 900
Madison, WI 53703
Telephone: (608) 251-5000
Email: brittany.ogden@quarles.com

*Attorneys for Veeva Systems Inc.*