**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 7 |
| AKORN HOLDING COMPANY LLC, et al.,1 | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al., | |
| Plaintiff, | Adv. Proc. No. 25-50220 (KBO) |
| v. | |
| VEEVA SYSTEMS INC., | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws the appearance of

Michael Barber as counsel to Veeva Systems, Inc.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests that

Michael Barber be removed from all service lists for these proceedings, including the Court's

CM/ECF electronic notification list.

**PLEASE TAKE FURTHER NOTICE** that Robinson & Cole LLP remains as counsel to

Veeva Systems, Inc.

*[Remainder of Page Intentionally Left Blank]*

---

1       The Debtors in these chapter 7 cases (each, a "**Debtor**" and, collectively, the "**Debtors**"), along with the last four digits of their federal tax identification numbers, and case numbers are Akorn Holding Company LLC (9190), Case No.  23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and  Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, IL 60031.

Dated: October 31, 2025

**ROBINSON & COLE LLP**

*/s/ Davis Lee Wright*

Davis Lee Wright (No. 4324)
1201 N. Market Street, Suite 1406
Wilmington, DE 19801
Telephone: (302) 516-1700
Email: dwright@rc.com

*-and-*

**QUARLES & BRADY LLP**

Brittany S. Ogden (Admitted *pro hac vice*)
33 East Main St., Suite 900
Madison, WI 53703
Telephone: (608) 251-5000
Email: brittany.ogden@quarles.com

*Attorneys for Veeva Systems Inc.*