# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | | |
|---|---|---|
| **In Re:** | ) | Bankruptcy Case No.: 23−10253−KBO |
| Akorn Holding Company LLC | ) | Bankruptcy Chapter: 7 |
|     Debtor | ) | |
| _____ | ) | |
| George Miller | ) | |
| | ) | |
|     Plaintiff | ) | Adv. Proc. No.: 25−50220−KBO |
|     vs. | ) | |
| Veeva Systems, Inc | ) | |
|     Defendant | ) | |

## ORDER APPOINTING MEDIATOR

    Pursuant to **Order Establishing Streamlined Procedures** , George Miller , Plaintiff(s) and the above named Defendant(s) (collectively, the "Parties"), it is hereby
    **ORDERED** that this matter is scheduled for mediation consistent with the terms stipulated to by the parties in Order Establishing Streamlined Procedures ; and it is further
    **ORDERED** that the costs of the mediation shall be paid as indicated in the Streamlined Order ; and it is further
    **ORDERED** that Leslie Ann Berkoff , who has been selected by the parties is appointed the mediator in this adversary proceeding; and it is further
    **ORDERED** that to the extent they are not waived by or modified by the terms of Streamlined Order , this mediation shall be conducted in accordance with the Local Rules of the United States Bankruptcy Court of the District of Delaware; and it is further
    **ORDERED** that all deadlines as defined in the Streamlined Order entered shall apply.

Date: 12/9/25

                                                     Karen B Owens
                                                     Bankruptcy Judge

(VAN−486)

United States Bankruptcy Court
District of Delaware

Miller,
    Plaintiff

Veeva Systems, Inc.,
    Defendant

Adv. Proc. No. 25-50220-KBO

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 09, 2025 | Form ID: van486 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | + Email/Text: gmiller@mctllp.com | Dec 09 2025 20:08:00 | George Miller, 1628 John F. Kennedy Blvd, #950, Philadelphia, PA 19103-2110 |
| md | + Email/Text: lberkoff@moritthock.com | Dec 09 2025 20:08:00 | Leslie Ann Berkoff, Moritt Hock Hamroff & Horowitz, LLP, 400 Garden City Plaza, Suite 202, Garden City, NY 11530-3327 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brittany S Ogden | on behalf of Defendant Veeva Systems Inc. brittany.ogden@quarles.com, kristie.knitter@quarles.com |
| Davis Lee Wright | on behalf of Defendant Veeva Systems Inc. dwright@rc.com, amerkey@rc.com |
| Evan T. Miller | on behalf of Plaintiff George Miller evan.miller@saul.com robyn.warren@saul.com;sean.kenny@saul.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 09, 2025 | Form ID: van486 | Total Noticed: 2 |

Leslie A. Berkoff
    on behalf of Mediator Leslie Ann Berkoff lberkoff@moritthock.com

Michelle G. Novick
    on behalf of Plaintiff George Miller michelle.novick@saul.com

Paige Noelle Topper
    on behalf of Plaintiff George Miller paige.topper@saul.com cassandra.joyner@saul.com

Steven C. Reingold
    on behalf of Plaintiff George Miller steven.reingold@saul.com michele.urann@saul.com

Turner Falk
    on behalf of Plaintiff George Miller turner.falk@saul.com tnfalk@recap.email

TOTAL: 8