# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | : Chapter 11 |
| | : |
| Akorn Holding Company LLC, et al., | : Case No.: 23-10253 (KBO) |
| | : (Jointly Administered) |
| Debtor. | : |
| | : |
| George L. Miller, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : Adv. Proc. No.: 25-50220 (KBO) |
| Veeva Systems, Inc., | : |
| | : |
| Defendant. | : |

## MEDIATOR'S CERTIFICATE OF COMPLETION

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that mediation was concluded in the following manner:

(a)  The following individuals were present:

   (1) Counsel (name and party representing):

      Counsel for Plaintiff: Turner N. Falk, Esq. and Michelle Novick, Esq. of Saul Ewing were present

      Counsel for Defendant: Brittany S. Ogden and Dallin Hendricks of Quarles & Brady LLP were present

(b)  The following parties failed to appear and/or participate as ordered:

   (1) Parties (name and capacity):   None

(c)  The outcome of the mediation conference was:

  __x__    The matter has not been resolved and should proceed to trial.

Dated: February 9, 2026                Mediator

                                              *Leslie Berkoff*
                                        Leslie A. Berkoff (#4584)
                                        MORITT HOCK & HAMROFF LLP
                                        1407 Broadway, 39th Floor
                                        New York, NY 10018
                                        (212) 239-2000