# Exhibit C

| **From:** | Falk, Turner N. |
|---|---|
| **To:** | Ogden, Brittany S. |
| **Cc:** | Hendricks, Dallin B.; Davis Lee Wright (dwright@rc.com); Combest, Christopher; Novick, Michelle G.; George Miller; William Homony |
| **Subject:** | Letter regarding Assessment of Defenses in Miller v. Veeva Systems Inc. (In re Akorn Holding Company LLC, et. al), Adv. Proc. No. 25-50220 (KBO |
| **Date:** | Tuesday, March 10, 2026 11:06:25 AM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png<br>image005.png<br>Miller v Veeva - Letter re Defenses.pdf<br>Miller v Veeva Documents.zip |

Ms. Ogden, please find the attached letter and associated documents regarding this matter.

Thank you,



**Turner N. Falk**

Associate

📞 (215) 972-8415    📱 (732) 773-3533

✉ turner.falk@saul.com

SAUL EWING

[saul.com]

1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504

CA • DE • FL • IL • MA • MD • MN • NJ • NY • PA • DC
[saul.com]

INSPIRED PEOPLE. INSPIRING TRUST.®