### CERTIFICATE OF SERVICE

I, Davis Lee Wright, hereby certify that a true and correct copy of the *Letter to The Honorable Karen B. Owens Regarding Discovery Dispute* was electronically filed on March 30, 2026, with the United States Bankruptcy Court and served through the Court's CM/ECF system upon the following counsel of record and registered case participants.

Leslie A. Berkoff - lberkoff@moritthock.com

Turner Falk - turner.falk@saul.com, tnfalk@recap.email

Evan T. Miller - evan.miller@saul.com, robyn.warren@saul.com; sean.kenny@saul.com

Michelle G. Novick - michelle.novick@saul.com

Brittany S Ogden - brittany.ogden@quarles.com, kristie.knitter@quarles.com

Steven C. Reingold - steven.reingold@saul.com, michele.urann@saul.com

Paige Noelle Topper - paige.topper@saul.com, cassandra.joyner@saul.com

*/s/ Davis Lee Wright*
Davis Lee Wright (No. 4324)