**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 7 |
| AKORN HOLDING COMPANY LLC, et al.,[1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al., | |
| Plaintiff, | Adv. Proc. No. 25-50220 (KBO) |
| v. | |
| VEEVA SYSTEMS INC., | |
| Defendant. | |

**NOTICE OF HEARING SCHEDULED FOR
FRIDAY, APRIL 17, 2026 AT 10:00 A.M. (ET)**

**THIS PROCEEDING WILL BE CONDUCTED REMOTELY VIA ZOOM. PLEASE REFER TO JUDGE OWENS' CHAMBERS PROCEDURES AND THE COURT'S WEBSITE (HTTPS://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE OWENS' EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS.**

**Please register by April 16, 2026 at 4:00 p.m. (ET) using the eCourt Appearances tool available on the Court's website.**

**After registering your appearance, you will receive a confirmation email containing information about joining the hearing.**

    **PLEASE TAKE NOTICE** that a hearing will be held before The Honorable Karen B.

Owens on **Friday, April 17, 2026 at 10:00 a.m. (ET)** (the "Hearing") in the above-captioned

---

[1] The Debtors in these chapter 7 cases (each, a "**Debtor**" and, collectively, the "**Debtors**"), along with the last four digits of their federal tax identification numbers, and case numbers are Akorn Holding Company LLC (9190), Case No.  23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and  Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, IL 60031.

adversary proceeding with respect to the discovery dispute letter filed by Defendant Veeva Systems, Inc. [Docket No. 27] on March 30, 2026, and the response thereof filed by Plaintiff George Miller, Chapter 7 Trustee Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC et al. [Docket No. 28] on April 1, 2026.

**PLEASE TAKE FURTHER NOTICE** that, at the direction of the Court, the Hearing will be conducted entirely over Zoom and, as part of the Court's protocol, all participants are required to register no later than **Thursday, April 16, 2026 at 4:00 p.m. (ET)**.

Dated: April 6, 2026

**ROBINSON & COLE LLP**

*/s/ Davis Lee Wright*
Davis Lee Wright (No. 4324)
1201 N. Market Street, Suite 1406
Wilmington, DE 19801
Telephone: (302) 516-1700
Fax: (302) 516-1699
Email: dwright@rc.com

*-and-*

**QUARLES & BRADY LLP**
Brittany S. Ogden (Admitted *pro hac vice*)
33 East Main Street, Suite 900
Madison, WI 53703
Telephone: (608) 251-5000
Email: brittany.ogden@quarles.com

*Attorneys for Veeva Systems Inc.*