**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 7 |
| AKORN HOLDING COMPANY LLC, et al.,1 | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al., <br><br>Plaintiff, <br><br> v. <br><br>VEEVA SYSTEMS INC., <br><br> Defendant. | Adv. Proc. No. 25-50220 (KBO) |

**NOTICE OF SERVICE**

**PLEASE TAKE NOTICE** that on April 13, 2026, copies of the following

- *Expert Report and Declaration of Marjorie E. Kaufman, KCP Advisory Group LLC*

- *Expert Report and Declaration of Herbert A. Weil, CPA, CTP, Old Washington Advisors, LLC*

were served upon the following counsel of record for the Plaintiff via electronic mail:

Turner Falk, Esquire
Saul Ewing LLP
1735 Market Street, 34th Floor
Philadelphia, PA 19103
turner.falk@saul.com

---

1    The Debtors in these chapter 7 cases (each, a "**Debtor**" and, collectively, the "**Debtors**"), along with the last four digits of their federal tax identification numbers, and case numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, IL 60031.

Michelle G. Novick, Esquire
Saul Ewing LLP
161 N. Clark Street, Suite 4200
Chicago, IL 60601
michelle.novick@saul.com

Dated: April 14, 2026
      Wilmington, Delaware

**ROBINSON & COLE LLP**

*/s/ Davis Lee Wright*
Davis Lee Wright (No. 4324)
1201 N. Market Street, Suite 1406
Wilmington, DE 19801
Telephone: (302) 516-1700
Email: dwright@rc.com

*-and-*

**QUARLES & BRADY LLP**
Brittany S. Ogden (Admitted *pro hac vice*)
33 East Main St., Suite 900
Madison, WI 53703
Telephone: (608) 251-5000
Email: brittany.ogden@quarles.com

*Attorneys for Veeva Systems Inc.*