| First Name | Middle Name | Last Name | Email Address | Firm | Address 1 | Address 2 | City | State | Zip | Phone | Rep | Case Number | Short Title | Via |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Turner | | Falk | turner.falk@saul.com | Saul Ewing LLP | 1735 Market Street, Suite 3400 | | Philadelphia | PA | 19103 | 7.33E+09 | Chapter 7 t | 25-50220-KBO | Miller v. Veeva Systems, Inc. | Video and Audio |
| Uday | | Gorrepati | uday.gorrepati@gmail.com | | 2725 Turtle Ridge Drive | | Bloomfield Township | MI | 48302 | 313-284-7244 | | 25-50220-KBO | Miller v. Veeva Systems, Inc. | Audio Only |
| Brittany | S. | Ogden | brittany.ogden@quarles.com | QUARLES & BRADY LLP | 33 East Main Street, Suite 900 | | Madison | WI | 53703 | (608) 251-8 | Veeva Syste | 25-50220-KBO | Miller v. Veeva Systems, Inc. | Video and Audio |
| Paige | Noelle | Topper | paige.topper@saul.com | Saul Ewing LLP | 1201 N. Market Street | Suite 2300 | Wilmington | DE | 19801 | 302-421-68 | Chapter T | 25-50220-KBO | Miller v. Veeva Systems, Inc. | Video and Audio |
| Davis | Lee | Wright | dwright@rc.com | ROBINSON & COLE LLP | 1201 N. Market Street | Suite 1406 | Wilmington | DE | 19801 | 302-516-17 | Veeva Syste | 25-50220-KBO | Miller v. Veeva Systems, Inc. | Video and Audio |