## EXHIBIT A

**Proposed Order**

57869979.1

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>                       Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>                       Plaintiff,<br>      v.<br><br>VEEVA SYSTEMS, INC.,<br><br>                       Defendant. | Adv. Proc. No. 25-50220 (KBO)<br><br>**Related to Adv D.I.: 1, 6, 18 & __** |

### STIPULATION TO TOLL DEADLINES

Pursuant to Rule 7012-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, counsel for George Miller, solely as Chapter 7 Trustee of Akorn Holding Company LLC, et al. (the "Plaintiff"), and counsel for Veeva Systems, Inc. (the "Defendant"), hereby stipulate as follows:

1.      Plaintiff filed its complaint against Defendant on February 12, 2025 (the "Complaint") [Adv. D.I. 1].

2.      On June 11, 2025, the Court entered the *Order Establishing Streamlined Procedures Governing Adversary Proceedings with Total Amount in Controversy Greater Than $75,000.00 Brought by Plaintiff Pursuant to Sections 502, 547, 548, and 550 of the Bankruptcy Code* [Adv. D.I. 6] (the "Procedures Order").

---

1 The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

3.      On September 22, 2025, Plaintiff and Defendant filed a stipulation to extend certain deadlines under the Procedures Order, which was entered by the Court.  [Adv. D.I. 18].

4.      Plaintiff and Defendant continue to exchange discovery in this case, and to discuss resolution of the case in light to these discovery exchanges.

5.      Plaintiff and Defendant reserve their rights to produce further burden-of-proof and/or rebuttal expert reports.

6.      Pursuant to the Procedures Order ¶ 47, Plaintiff and Defendant hereby stipulate that all unexpired deadlines under the Procedures Order are tolled until further order of the Court.

Dated: May 13, 2026

| **SAUL EWING LLP** | **ROBINSON & COLE LLP** |
|---|---|
| /s/ *Evan T. Miller* | /s/ *Davis Lee Wright* |
| Evan T. Miller (DE Bar No. 5364) | Davis Lee Wright (DE Bar No. 4324) |
| Paige N. Topper (DE Bar No. 6470) | 1201 N. Market St., Suite 1406 |
| 1201 N. Market Street, Suite 2300 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | Telephone: (302) 516-1703 |
| Telephone: (302) 421-6800 | dwright @rc.com |
| evan.miller@saul.com | |
| paige.topper@saul.com | *Counsel for Defendant* |
| | |
| *Counsel for Plaintiff* | |

57869979.1