## EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[2]<br><br>    Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>     Plaintiff,<br>  v.<br><br>VEEVA SYSTEMS, INC.,<br><br>     Defendant. | <br><br><br><br>Adv. Proc. No. 25-50220 (KBO)<br><br><br><br>**Related to Adv D.I.: 1, 6, 18 & __** |

## ORDER APPROVING STIPULATION TO TOLL DEADLINES

The Court having considered the *Stipulation to Toll Deadlines* (the "**Stipulation**")[3], it is

HEREBY ORDERED THAT:

1.   The Stipulation attached hereto as **Exhibit 1** is approved.

2.   Plaintiff and Defendant reserve their rights to produce further burden-of-proof and/or rebuttal expert reports.

3.   All unexpired deadlines under the Procedures Order are tolled until further order of the Court.

4.   This Court retains jurisdiction to hear and determine all matters related to the implementation of this Order.

---

2 The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

3   Capitalized terms used but not defined herein are defined in the Stipulation.

# EXHIBIT 1

## Stipulation

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>Plaintiff,<br>v.<br><br>VEEVA SYSTEMS, INC.,<br><br>Defendant. | Adv. Proc. No. 25-50220 (KBO)<br><br>**Related to Adv D.I.: 1, 6, 18 & __** |

## STIPULATION TO TOLL DEADLINES

Pursuant to Rule 7012-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, counsel for George Miller, solely as Chapter 7 Trustee of Akorn Holding Company LLC, et al. (the "Plaintiff"), and counsel for Veeva Systems, Inc. (the "Defendant"), hereby stipulate as follows:

1.     Plaintiff filed its complaint against Defendant on February 12, 2025 (the "Complaint") [Adv. D.I. 1].

2.     On June 11, 2025, the Court entered the *Order Establishing Streamlined Procedures Governing Adversary Proceedings with Total Amount in Controversy Greater Than $75,000.00 Brought by Plaintiff Pursuant to Sections 502, 547, 548, and 550 of the Bankruptcy Code* [Adv. D.I. 6] (the "Procedures Order").

---

1 The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

57869979.2

3.       On September 22, 2025, Plaintiff and Defendant filed a stipulation to extend certain deadlines under the Procedures Order, which was entered by the Court.  [Adv. D.I. 18].

4.       Plaintiff and Defendant continue to exchange discovery in this case, and to discuss resolution of the case in light to these discovery exchanges.

5.       Plaintiff and Defendant reserve their rights to produce further burden-of-proof and/or rebuttal expert reports.

6.       Pursuant to the Procedures Order ¶ 47, Plaintiff and Defendant hereby stipulate that all unexpired deadlines under the Procedures Order are tolled until further order of the Court.

Dated: May 18, 2026

**SAUL EWING LLP**

/s/ *Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
evan.miller@saul.com
paige.topper@saul.com

*Counsel for Plaintiff*

**ROBINSON & COLE LLP**

/s/ *Davis Lee Wright*
Davis Lee Wright (DE Bar No. 4324)
1201 N. Market St., Suite 1406
Wilmington, DE 19801
Telephone: (302) 516-1703
dwright @rc.com

*Counsel for Defendant*

57869979.2