**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 7 |
| AKORN HOLDING COMPANY LLC, et al.,[2] | Case No. 23-10253 (KBO) (Jointly Administered) |
| Debtors. | |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al., | |
| Plaintiff, v. | Adv. Proc. No. 25-50220 (KBO) |
| VEEVA SYSTEMS, INC., | **Related to Adv D.I.: 1, 6, 18 & 36** |
| Defendant. | |

**ORDER APPROVING STIPULATION TO TOLL DEADLINES**

The Court having considered the *Stipulation to Toll Deadlines* (the "**Stipulation**")[3], it is

HEREBY ORDERED THAT:

1. The Stipulation attached hereto as **Exhibit 1** is approved.

2. Plaintiff and Defendant reserve their rights to produce further burden-of-proof and/or rebuttal expert reports.

3. All unexpired deadlines under the Procedures Order are tolled until further order of the Court.

---

2 The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

3       Capitalized terms used but not defined herein are defined in the Stipulation.

57869979.2

4.    This Court retains jurisdiction to hear and determine all matters related to the implementation of this Order.

**Dated: May 20th, 2026**
**Wilmington, Delaware**

**KAREN B. OWENS**
**CHIEF JUDGE**

57869979.2