**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>VEEVA SYSTEMS, INC.,<br><br>Defendant. | Adv. Proc. No. 25-50220 (KBO) |

**STIPULATION OF VOLUNTARY DISMISSAL**

Plaintiff George L. Miller, solely in his capacity as Chapter 7 Trustee of Akorn Holding Company LLC, et al., and Defendant Veeva Systems, Inc., by and through their undersigned counsel, hereby stipulate to dismiss with prejudice this adversary proceeding pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041.

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

| | |
|---|---|
| **SAUL EWING LLP**<br><br>*/s/ Evan T. Miller*<br>Evan T. Miller (DE No. 5364)<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br>Telephone: (302) 421-6800<br>evan.miller@saul.com<br><br>*Counsel for Plaintiff George L. Miller, in his capacity as Chapter 7 Trustee* | **ROBINSON & COLE LLP**<br><br>*/s/ Davis Lee Wright*<br>Davis Lee Wright (DE Bar No. 4324)<br>1201 N. Market St., Suite 1406<br>Wilmington, DE 19801<br>Telephone: (302) 516-1703<br>dwright@rc.com<br><br>*Counsel for Defendant Veeva Systems, Inc.*<br>. |

Dated: September 2, 2026